AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

FILED IN CLERKS OFFICE
2017 OCT -5 PM 3: 57
U.S. DISTRICT COURT
DISTRICT OF MASS.

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 17-MJ-3126-KAR
)
Facebook account number 745571666 and/or with )
user ID "ninadellefemine" )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Data Associated with the Facebook Account number 745571666 and/or ninadellefemine, as described in Attachment A.

located in the ____Northern____ District of ____California____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 952; 21 U.S.C. 963; | Importation of cocaine; Conspiracy to import cocaine; Possession with intent to |
| 21 U.S.C. 841; 21 U.S.C. 846; | distribute cocaine; conspiracy to possess with intent to distribute cocaine; |
| 21 U.S.C. 843(b) | Improper use of communication facility to commit a drug crime |

The application is based on these facts:
See attached Affidavit of Special Agent Dennis Lao in Support of Application for Search Warrant

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

HSI Special Agent Dennis Lao
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/05/2017

_____
*Judge's signature*

City and state: Springfield, Massachusetts    U.S. Magistrate Judge Katherine A. Robertson
*Printed name and title*